UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case Number: 3:26-CV-01104-JEP-PDB

CHRISTOPHER DYALL,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICE, LLC,
TRANSUNION, LLC and ALLY
FINANCIAL, INC.,

     Defendants.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS,
INC.'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, Experian Information Solutions, Inc. ("Experian"), pursuant to

Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all

Counsel of Record of Maria H. Ruiz's designation as Lead Counsel for Experian in

this action. Maria H. Ruiz is counsel of record and is duly registered to receive

notices at mruiz@kasowitz.com.

May 26, 2026                              /s/ *Maria H. Ruiz*
_____

Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ LLP
201 S. Biscayne Blvd., Suite 2550
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
MRuiz@Kasowitz.com

***Attorney for Defendant***
***Experian Information Solutions, Inc.***

2