UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Case Number: 3:26-CV-01104-JEP-PDB

CHRISTOPHER DYALL,

     Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICE, LLC,
TRANSUNION, LLC and ALLY
FINANCIAL, INC.,

     Defendants.

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

May 26, 2026

/s/ *Maria H. Ruiz*

Maria H. Ruiz
Florida Bar No. 182923
KASOWITZ LLP
201 S. Biscayne Blvd., Suite 2550
Miami, FL  33131
Telephone:  (786) 587-1044
Facsimile:  (305) 675-2601
MRuiz@Kasowitz.com

***Attorney for Defendant***
***Experian Information Solutions, Inc.***