# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHRISTOPHER DYALL,

        Plaintiff,

      v.                CASE NO: 3:26-cv-01104-JEP-PDB

ALLY FINANCIAL INC, et al.,

        Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that Gillian D. Williston, Esq., of the law firm of Troutman Pepper Locke LLP, hereby enters her designation as lead counsel for Ally Financial Inc. ("Ally") pursuant to Local Rule 2.02(a).

This the 26th day of May, 2026      Respectfully submitted,

                      **TROUTMAN PEPPER LOCKE LLP**

                      */s/ Gillian D. Williston*
                      Gillian D. Williston
                      Florida Bar No. 14270
                      222 Central Park Avenue, Suite 2000
                      Virginia Beach, Virginia 23462
                      Telephone: 757-687-7500
                      Facsimile: 757-687-7510
                      Email: gillian.williston@troutman.com
                      *Counsel for Ally Financial Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I electronically filed the foregoing *Lead Counsel Designation* with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Gillian D. Williston*
Gillian D. Williston

329519251