**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

       Plaintiff,

       v.                CASE NO: 3:26-cv-01104-JEP-PDB

ALLY FINANCIAL INC, et al.,

       Defendants.

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Tampa Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

1

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

This the 26th day of May, 2026        Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Gillian D. Williston*
Gillian D. Williston
Florida Bar No. 14270
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757-687-7500
Facsimile: 757-687-7510
Email: gillian.williston@troutman.com
*Counsel for Ally Financial Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I electronically filed the foregoing *Notice of Related Action* with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Gillian D. Williston*
Gillian D. Williston

329518770