**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

          Plaintiff,

      v.                 CASE NO: 3:26-cv-01104-JEP-PDB

ALLY FINANCIAL INC, et al.,

          Defendants.

**DEFENDANT ALLY FINANCIAL INC.'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**

Defendant Ally Financial Inc. ("Ally") by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby files this Unopposed Motion for Extension of Time to File Response to Complaint, and in support states as follows:

1.    On May 1, 2026, Plaintiff Christpher Dyall filed this action in the United States District Court for the Middle District of Florida, Jacksonville Division.

2.    Plaintiff served Ally with the Complaint on May 12, 2026.

3.    Based on the date of service, the deadline for Ally to file a responsive pleading is June 1, 2026.

1

5.    Ally respectfully requests an extension of time through and including July 1, 2026, to respond to the Complaint so that it may fully analyze the factual and legal issues raised by the Complaint and prepare its response.

6.    This extension will not prejudice any party.

7.    In accordance with Local Rule 3.01(g), counsel for Ally contacted counsel for Plaintiff who advised that their client agrees to the extension of time sought.

8.    Accordingly, Ally respectfully requests this Court grant this Motion and provide an extension up to and including July 1, 2026, to file a response to the Complaint.

WHEREFORE, Defendant Ally Financial Inc. respectfully requests this Court enter an Order providing Ally up to and including July 1, 2026, to file a response to the Complaint, and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Ally conferred with counsel for Plaintiff regarding this Motion and counsel for Plaintiff consents to the relief requested herein.

This the 26th day of May, 2026 Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Gillian D. Williston*
Gillian D. Williston
Florida Bar No. 14270
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757-687-7500
Facsimile: 757-687-7510
Email:  gillian.williston@troutman.com
*Counsel for Ally Financial Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I electronically filed the foregoing *Defendant Ally Financial Inc.'s Unopposed Motion for Extension* with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Gillian D. Williston*
Gillian D. Williston