**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

       Plaintiff,                        Case No. 3:26-cv-01104-JEP-PDB

v.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; and
ALLY FINANCIAL INC;

       Defendants.

_____/

**DEFENDANT TRANS UNION, LLC'S**
**NOTICE OF LEAD COUNSEL DESIGNATION**

PLEASE TAKE NOTICE that attorney Charlotte Long, of Trans Union, LLC, hereby appears in this proceeding as lead counsel on behalf of Defendant Trans Union LLC ("Trans Union"), and requests that service of all notices, pleadings, and other papers filed and/or served in this action, be served upon the undersigned at the email address listed below.

1

Respectfully submitted,


*/s/ Charlotte Long*

Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte Long
Charlotte Long, Esq.

3