**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

       Plaintiff,                            Case No. 3:26-cv-01104-JEP-PDB

v.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; and
ALLY FINANCIAL INC;

       Defendants.

                                   /

**DEFENDANT TRANS UNION, LLC'S**
**NOTICE OF PENDENCY OF RELATED CASES**

    In accordance with Local Rule 1.07(c), I hereby certify that the instant action:

_____ IS               related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

1

  X   IS NOT          related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Respectfully submitted,

*/s/ Charlotte Long*
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
***Counsel for Defendant Trans Union, LLC***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>3rd</u> day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Charlotte Long
Charlotte Long, Esq.