**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

      Plaintiff,                      Case No. 3:26-cv-01104-JEP-PDB

v.

EQUIFAX INFORMATION
SERVICES, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; and
ALLY FINANCIAL INC;

      Defendants.

_____/

**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1.     TransUnion's responsive pleading is due on June 5, 2026.

2.     Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

1

3.      Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter. Trans Union files this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for twenty-one (30) days, to June 26, 2026.

4.      The Motion is not for delay.

5.      This is TransUnion's first extension of time and the requested extension does not prejudice the parties.

6.      For the foregoing reasons, the parties request that the Court issue an order extending the date, to June 26, 2026, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ Charlotte Long
Charlotte Long, Esq.
Florida Bar No. 0112517
charlotte.long@transunion.com
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  469-578-1464
**Counsel for Defendant Trans Union, LLC**

2

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned attorney hereby certifies that on June 1, 2026, counsel for Trans Union conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff's counsel is unopposed.

*/s/ Charlotte Long*
Charlotte Long, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the <u>3rd</u> day of June, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

<u>/s/ Charlotte Long</u>

Charlotte Long, Esq.

4