UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO. 3:26-cv-01104-JEP-PDB

CHRISTOPHER DYALL,    )
    )
    Plaintiff,    )
    )
    v.    )
    )
EXPERIAN INFORMATION    )
SOLUTIONS, INC.; EQUIFAX    )
INFORMATION SERVICES, LLC;    )
TRANS UNION LLC; and ALLY    )
FINANCIAL, INC.,    )
    )
    Defendants.    )

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWERAND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through its undersigned counsel answers the Complaint filed by Christopher Dyall ("Plaintiff") as follows.

By adopting the headings set forth in the Complaint for organizational purposes only, Experian does not admit any of the allegations set forth therein.

### PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that Plaintiff's Complaint purports to raise claims for damages against the Defendants

pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq* ("FCRA"). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 1 that relates to Experian. As to the allegations in paragraph 1 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 1 of the Complaint.

2.     In response to paragraph 2 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.     In response to paragraph 3 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 3, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.     In response to paragraph 4 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of

Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 4, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION, VENUE, & PARTIES

5.      In response to paragraph 5 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the FCRA and 28 U.S.C. § 1331. Experian states that this is a legal conclusion which is not subject to denial or admission.

6.      In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged that jurisdiction is proper.  Experian states that this is a legal conclusion which is not subject to denial or admission. Experian further admits that it is qualified to do business and conducts business in the State of Florida. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 6 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 6 of the Complaint

7.      In response to paragraph 7 of the Complaint, Experian admits that Plaintiff has alleged that venue in this district is proper.  Experian states that this is a legal conclusion which is not subject to denial or admission. Experian further

admits that it is qualified to do business and conducts business in the State of Florida. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 7 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 7 of the Complaint.

8.    In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.    In response to paragraph 9 of the Complaint, Experian admits, upon information and belief, that Plaintiff is "consumer" as defined by 15 U.S.C. § 1681a(c). Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 9 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint.

10.    In response to paragraph 10 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to paragraph 14 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 14 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 14 of the Complaint

15. In response to paragraph 15 of the Complaint, Experian is without

- 5 -

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FCRA STATUTORY STRUCTURE

18.     In response to paragraph 18 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681b.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 18 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair

Credit Reporting Act, 15 U.S.C. § 1681e(b).  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 19 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 19 of the Complaint.

20.    In response to paragraph 20 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(1). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 20 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 20 of the Complaint.

21.    In response to paragraph 21 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(4). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 21 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 21 of the Complaint.

22.    In response to paragraph 22 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681i(a)(5). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 22 to the extent it is

inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b). Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 23 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 23 of the Complaint.

24.     In response to paragraph 24 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681n. Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 24 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 24 of the Complaint.

25.     In response to paragraph 25 of the Complaint, Experian admits that the Complaint purports to characterize and/or summarize a portion of the Fair Credit Reporting Act, 15 U.S.C. § 1681o. Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 25 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 25 of the Complaint.

## FACTUAL ALLEGATIONS

26.     In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian admits that it provided Plaintiff a credit disclosure upon Plaintiff's request on or about June 24, 2025, which document speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian denies that

it violated the FCRA.  As to the remaining allegations in paragraph 34, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 35, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 36, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and

Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian admits that

it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, Experian admits that it communicated Plaintiffs' dispute(s) to the furnisher(s). Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 48, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to paragraph 51 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54. In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56. In response to paragraph 56 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.    In response to paragraph 57 of the Complaint, Experian admits that it communicated Plaintiffs' dispute(s) to the furnisher(s). Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58.    In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to paragraph 59 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 59, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 60, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.    In response to paragraph 61 of the Complaint, Experian denies that

it violated the FCRA.  As to the remaining allegations in paragraph 61, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.    In response to paragraph 62 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.    In response to paragraph 63 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 63, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.    In response to paragraph 64 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from

Experian.  As to the remaining allegations in paragraph 64, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.      In response to paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 65, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.      In response to paragraph 66 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 66, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.      In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically,

each and every allegation contained therein.

## CLAIMS

### COUNT ONE
### FCRA
### VIOLATION OF THE FCRA 15 U.S.C. § 1681 e(b)
### (Equifax, Experian, and Trans Union)

68.     In response to paragraph 68 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-67 of the Complaint as if the same were fully set forth herein.

69.     In response to paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 69 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 69 of the Complaint.

70.     In response to paragraph 70 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 70, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian denies that

it violated the FCRA.  As to the remaining allegations in paragraph 71, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.    In response to paragraph 72 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 72, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, including the unnumbered paragraph under paragraph 73 beginning with "WHEREFORE," Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to any relief whatsoever from Experian. As to the allegations therein that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 73 of the Complaint.

**COUNT TWO:**
**FAIR CREDIT REPORTING ACT--**
**Violation of 15 U.S.C. § 1681i(a)(1)**
**(Equifax, Experian, and Trans Union)**

74.     In response to paragraph 74 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-67 of the Complaint as if the same were fully set forth herein.

75.     In response to paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 75 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 75 of the Complaint.

76.     In response to paragraph 76 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

77.     In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 77 that relate to the other

- 22 -

Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 77 of the Complaint.

78.     In response to paragraph 78 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 78, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to paragraph 79 of the Complaint, including the unnumbered paragraph under paragraph 79 beginning with "WHEREFORE," Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to any relief whatsoever from Experian. As to the allegations therein that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint.

**COUNT THREE:**
**FAIR CREDIT REPORTING ACT –**
**Violation of 15 U.S.C. § 1681i(a)(4)**
**(Equifax, Experian, and Trans Union)**

80.     In response to paragraph 80 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-67 of the Complaint as if the same were fully set forth herein.

81.     In response to paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 81 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 81 of the Complaint.

82.     In response to paragraph 82 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 83, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84. In response to paragraph 84 of the Complaint, including the unnumbered paragraph under paragraph 84 beginning with "WHEREFORE," Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to any relief whatsoever from Experian. As to the allegations therein that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 84 of the Complaint.

**COUNT FOUR**
**FAIR CREDIT REPORTING ACT --**
**Violation of the FCRA 15 U.S.C. § 1681i(a)(5)**
**(Equifax, Experian, and Trans Union)**

85. In response to paragraph 85 of the Complaint, Experian repeats, realleges, and incorporates by reference its responses to paragraphs 1-67 of the Complaint as if the same were fully set forth herein.

86. In response to paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 86 that relate to the other Defendants, Experian does not have knowledge or information sufficient to form

a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 86 of the Complaint.

87.     In response to paragraph 87 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 87, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

88.     In response to paragraph 88 of the Complaint, including the unnumbered paragraph under paragraph 88 beginning with "WHEREFORE," Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian and denies that Plaintiff is entitled to any relief whatsoever from Experian. As to the allegations therein that relate to the other Defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 88 of the Complaint.

**COUNT FIVE:**
**FCRA**
**VIOLATION OF 15 U.S.C. § 1681s-2(b)**
**(Ally Bank)**

89.     In response to paragraph 89 of the Complaint, Experian repeats,

realleges, and incorporates by reference its responses to paragraphs 1-67 of the Complaint as if the same were fully set forth herein.

90.     In response to paragraph 90 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91.     In response to paragraph 91 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92.     In response to paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded a trial by jury on all issues so

triable.

## AFFIRMATIVE AND OTHER
## DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

### SECOND AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate Plaintiff's damages.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein are barred by laches.

### FIFTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff themself and/or third parties and resulted from Plaintiff's or third

parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SIXTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be subject to an arbitration agreement between Plaintiff and Experian.

## NINTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## TENTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported

damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)  That Plaintiff take nothing by virtue of the Complaint herein and that thisaction be dismissed in its entirety;

(2)  For costs of suit and attorneys' fees herein incurred; and

(3)  For such other and further relief as the Court may deem just and proper.

- 30 -

Dated: June 17, 2026

Respectfully submitted,

/s/ *Maria H. Ruiz*
Maria H. Ruiz
Fla. Bar No. 0182923
KASOWITZ LLP
201 S. Biscayne Blvd., Ste. 2550
Miami, Florida 33131
Telephone: (786) 587-1044
Facsimile:    (305) 675-2601
mruiz@kasowitz.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 31 -