**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
JACKSONVILLE DIVISION

CHRISTOPHER DYALL,                       Case No.: 3:26-cv-01104-JEP-PDB

 Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

 Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that, pursuant to Local Rule 2.02(a), Plaintiff Christopher
Dyall hereby designates the following attorney as Lead Counsel in the above-captioned
action:

Max H. Story, Esq
MAX STORY
Florida Bar No.: 0527238
328 2nd Avenue North
Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com

Mr. Story will remain Lead Counsel throughout this action unless Plaintiff files a notice
changing the designation.

Dated: June 24, 2026

*/s/ Max H. Story*
Max H. Story, Esq.
Florida Bar No.: 057238
MAX STORY
328 2nd Avenue North

Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
*Counsel for Plaintiff Christopher Dyall*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Max H. Story
Max H. Story, Esq.
Florida Bar No.: 0527238
MAX STORY
328 2nd Avenue North
Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
*Counsel for Plaintiff Christopher Dyall*
