**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHRISTOPHER DYALL,**                           **Case No.: 3:26-cv-01104-JEP-PDB**

    **Plaintiff,**

**vs.**

**EQUIFAX INFORMATION SERVICES,**
**LLC, et al.,**

    **Defendants.**

## NOTICE OF A RELATED ACTION PER LOCAL RULE 1.07(c)

PLEASE TAKE NOTICE that, pursuant to Middle District of Florida Local Rule 1.07(c), Plaintiff Christopher Dyall hereby discloses the following related case:

| | |
|---|---|
| Case Name: | In re Christopher Lee Dyall |
| Case Number: | 3:24-bk-01741-BAJ |
| Court: | United States Bankruptcy Court, Middle District of Florida, Jacksonville Division |
| Judge: | Honorable Jason A. Burgess |
| Chapter: | 7 (Voluntary) |
| Date Filed: | June 20, 2024 |
| Date Closed: | September 19, 2024 |
| Disposition: | Discharged September 19, 2024 |

This bankruptcy proceeding involves the same individual, Christopher Lee Dyall, as the plaintiff in the above-captioned action. The Fair Credit Reporting Act claims asserted herein arise in part from the reporting of debts and credit information related to Mr. Dyall's Chapter 7 discharge. Defendant Ally Financial Inc. appeared as a creditor in the bankruptcy proceeding and filed a Reaffirmation Agreement therein. Accordingly, the cases share a common party and a common nucleus of operative facts.

Dated: June 24, 2026

*/s/ Max H. Story*
Max H. Story, Esq.
Florida Bar No.: 0527238

MAX STORY
328 2nd Avenue North
Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
*Counsel for Plaintiff Christopher Dyall*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Max H. Story*
Max H. Story, Esq.
Florida Bar No.: 0527238
MAX STORY
328 2nd Avenue North
Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
*Counsel for Plaintiff Christopher Dyall*