**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER DYALL,

    Plaintiff,                       Case No.: 3:26-cv-01104-JEP-PDB

vs.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

    Defendants.

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.03

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Florida Local Rule 3.03, Plaintiff Christopher Dyall makes the following disclosures:

**1.** Is the filer a governmental entity?

☐ Yes
☒ No

**2.** Is the filer a non-governmental corporate party, or a non-governmental corporation that is a party's general partner, or that owns 10% or more of a party's stock?

☐ Yes
☒ No

**3.** Does any publicly held corporation own 10% or more of the party's stock or membership interests?

☐ Yes
☒ No

**4.** Is there any other person or entity that has or might have an interest in the outcome of this action? See Local Rule 3.03(a)(1)–(7).

☐ Yes

☒ No

Plaintiff Christopher Dyall is an individual. He has no parent corporation, no publicly held corporation owns any interest related to him, and there are no other persons or entities with an interest in the outcome of this action beyond the parties of record.

Dated: June 24, 2026

*/s/ Max H. Story*
Max H. Story, Esq.
Florida Bar No.:  057238
MAX STORY
328 2nd Avenue North
Jacksonville, Florida 32250
Telephone: (904) 372-4109
Fax: (904) 758-5333
max@storylawgroup.com
*Counsel for Plaintiff Christopher Dyall*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Max H. Story*
Max H. Story, Esq.
