REVISED 09/25

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER DYALL,
an individual,

                                       Case No.: 3:26-cv-01104-JEP-PDB

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION SERVICES, LLC,
a Georgia limited liability company,
TRANS UNION, LLC,
a foreign limited liability company, and
ALLY FINANCIAL, INC.,
a foreign for-profit corporation,

       Defendants.
_____/

**PLAINTIFF'S AMENDED DISCLOSURE STATEMENT (CIVIL) UNDER
RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

**1.** If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

      **Not applicable; Plaintiff is an individual.**

REVISED 09/25

**2.**  Identify any other entity or natural person, not a party or counsel of record, with an interest the action's outcome might substantially affect.

> **Plaintiff is not currently aware of any entity or natural person, other than the parties and counsel of record in this case, with an interest in this action's outcome.**

**3.**  Identify any lawyer, other than counsel of record, who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

> **Plaintiff is not currently aware of any lawyer, other than counsel of record, who serves or has served in the action as a lawyer for Plaintiff, who is financially interested in the action, or who might appear as a material witness in the action.**

**4.**  If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

> **Not applicable.**

**5.**  Identify any entity or natural person not already disclosed and likely to actively participate in this action.

> **At this stage, Plaintiff has not identified any other entity or natural person likely to actively participate in this action.**

**6.**  Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

> **Plaintiff is not aware of any conflict of interest affecting the district judge or the magistrate judge in this action.**

REVISED 09/25

### Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence. If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business. If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on. If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship. If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship. If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

Filers are United States citizens.

7.   If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

>   **This action arises under federal law, 15 U.S.C. § 1681 et seq. Plaintiff Christopher Dyall is a United States citizen domiciled in the State of Florida.**

8.   If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

>   **Not applicable; Plaintiff has not alleged any class action claims.**

REVISED 09/25

## Certificate

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Dated this 26th day of June, 2026.

**STORY LAW GROUP**

*/s/ Max Story*
Max Story
Florida Bar No.: 527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL 32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record and shall serve a copy of the same to Defendants with a copy of the summons and complaint.

*/s/ Max Story*
Max Story
Attorney for Plaintiff