## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CHRISTOPHER DYALL,

      Plaintiff,

      v.                      CASE NO: 3:26-cv-01104-JEP-PDB

ALLY FINANCIAL INC, et al.,

      Defendants.

## DEFENDANT ALLY FINANCIAL INC.'S
## ANSWER AND AFFIRMATIVE DEFENSES

Defendant Ally Financial Inc. ("Ally"), by counsel, submits its Answer and Affirmative Defenses ("Answer") in response to the Complaint ("Complaint") filed by Plaintiff Christopher Dyall ("Plaintiff").

## PRELIMINARY STATEMENT

1.    To the extent that the allegations set forth in Paragraph 1 of the Complaint are a characterization of this action, such allegations are not subject to denial or admission. To the extent any response is required, Ally denies that Plaintiff has any basis in fact or in law to maintain this action against Ally.

2.    The allegations set forth in Paragraph 2 of the Complaint refer to documents that speak for themselves. To the extent the allegations are contrary to the documents to which they refer, they are denied.

1

3.      The allegations set forth in Paragraph 3 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

4.      The allegations in Paragraph 4 of the Complaint are denied as to Ally.

## JURISDICTION, VENUE & PARTIES

5.      The allegations set forth in Paragraph 5 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

6.      The allegations set forth in Paragraph 6 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

7.      The allegations set forth in Paragraph 7 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

8.      Ally admits that Plaintiff is a natural person. Ally is without knowledge and/or information to form a belief regarding the truth and/or falsity of the allegations set forth in Paragraph 8 of the Complaint concerning Plaintiff's residency, and it therefore denies the same.

2

9. The allegations set forth in Paragraph 9 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

10. The allegations set forth in Paragraph 10 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

11. The allegations set forth in Paragraph 11 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

12. The allegations set forth in Paragraph 12 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

13. Ally admits the allegations in Paragraph 13 of the Complaint.

14. The allegations set forth in Paragraph 14 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

15. The allegations set forth in Paragraph 15 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

16.    The allegations set forth in Paragraph 16 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied. The remaining allegations set forth in Paragraph 16 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

17.    Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 17 of the Complaint, and it therefore denies the same.

## FCRA STATUTORY STRUCTURE

18.    The allegations set forth in Paragraph 18 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

19.    The allegations set forth in Paragraph 19 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

20.    The allegations set forth in Paragraph 20 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

21.    The allegations set forth in Paragraph 21 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

22.    The allegations set forth in Paragraph 22 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

23.    The allegations set forth in Paragraph 23 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

24.    The allegations set forth in Paragraph 24 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

25.    The allegations set forth in Paragraph 25 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

## FACTUAL ALLEGATIONS

26.    The allegations set forth in Paragraph 26 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

5

27.   The allegations set forth in Paragraph 27 of the Complaint contain statements and/or conclusions of law, to which no response is required.  To the extent the allegations are contrary to the law, they are denied.

28.   The allegations set forth in Paragraph 28 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

29.   The allegations set forth in Paragraph 29 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

30.   The allegations set forth in Paragraph 30 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

31.   The allegations set forth in Paragraph 31 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

32.   The allegations set forth in Paragraph 32 of the Complaint are denied.

33. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 33 of the Complaint, and it therefore denies the same.

34. The allegations set forth in Paragraph 34 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

35. The allegations set forth in Paragraph 35 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

36. The allegations set forth in Paragraph 36 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

37. The allegations set forth in Paragraph 37 of the Complaint are denied.

38. The allegations set forth in Paragraph 38 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

**First Dispute**

39.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 39 of the Complaint, and it therefore denies the same.

40.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 40 of the Complaint, and it therefore denies the same.

41.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 41 of the Complaint, and it therefore denies the same.

42.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 42 of the Complaint, and it therefore denies the same.

43.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 43 of the Complaint, and it therefore denies the same.

44.     Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 44 of the Complaint, and it therefore denies the same.

45. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 45 of the Complaint, and it therefore denies the same.

46. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 46 of the Complaint, and it therefore denies the same.

47. The allegations set forth in Paragraph 47 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

48. The allegations set forth in Paragraph 48 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

## Second Dispute

49. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 49 of the Complaint, and it therefore denies the same.

50. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 50 of the Complaint, and it therefore denies the same.

51. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 51 of the Complaint, and it therefore denies the same.

52. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 52 of the Complaint, and it therefore denies the same.

53. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 53 of the Complaint, and it therefore denies the same.

54. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 54 of the Complaint, and it therefore denies the same.

55. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 55 of the Complaint, and it therefore denies the same.

56. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 56 of the Complaint, and it therefore denies the same.

57. The allegations set forth in Paragraph 57 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

58. The allegations set forth in Paragraph 58 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

59. The allegations set forth in Paragraph 59 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same. Further, allegations set forth in Paragraph 59 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

60. The allegations set forth in Paragraph 60 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

61. The allegations in Paragraph 61 of the Complaint are denied as to Ally.

**<u>Further Disputes</u>**

62. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 62 of the Complaint, and it therefore denies the same.

63. The allegations set forth in Paragraph 63 of the Complaint refer to documents that speak for themselves and, therefore, no response is required. To the extent the allegations are contrary to the documents to which they refer, they are denied.

64. The allegations set forth in Paragraph 64 of the Complaint are denied as to Ally. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the remaining allegations set forth in Paragraph 64 of the Complaint, as they pertain to entities other than Ally.

65. The allegations set forth in Paragraph 65 of the Complaint are denied as to Ally. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the remaining allegations set forth in Paragraph 65 of the Complaint, as they pertain to entities other than Ally.

66. Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 66 of the Complaint, and it therefore denies the same.

67.    Ally is without knowledge and/or information sufficient to form a belief as to the truth and/or falsity of the allegations set forth in Paragraph 67 of the Complaint, and it therefore denies the same.

## CLAIMS
## COUNT ONE:
## FAIR CREDIT REPORTING ACT –
## VIOLATION OF 15 UNITED STATES CODE, SECTION 1681e(b)
### (Equifax, Experian, and Trans Union)

68.    Ally hereby adopts and incorporates its responses to the previous paragraphs as though fully set forth herein.

69.    The allegations set forth in Paragraph 69 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

70.    The allegations set forth in Paragraph 70 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

71.    The allegations set forth in Paragraph 71 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

72.    The allegations set forth in Paragraph 72 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

13

73.     The allegations set forth in Paragraph 73 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

Ally states that the unnumbered "WHEREFORE" paragraph following Paragraph 73 of the Complaint – including subparts (a) – (e), pertains to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

**COUNT TWO:**
**FAIR CREDIT REPORTING ACT –**
**VIOLATION OF 15 UNITED STATES CODE, SECTION 1681i(a)(1)**
**(Equifax, Experian, and Trans Union)**

74.     Ally hereby adopts and incorporates its responses to the previous paragraphs as though fully set forth herein.

75.     The allegations set forth in Paragraph 75 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

76.     The allegations set forth in Paragraph 76 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

77. The allegations set forth in Paragraph 77 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

78. The allegations set forth in Paragraph 78 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

79. The allegations set forth in Paragraph 79 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

Ally states that the unnumbered "WHEREFORE" paragraph following Paragraph 79 of the Complaint – including subparts (a) – (e), pertains to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

**COUNT THREE:**
**FAIR CREDIT REPORTING ACT –**
**VIOLATION OF 15 UNITED STATES CODE, SECTION 1681i(a)(4)**
**(Equifax, Experian, and Trans Union)**

80. Ally hereby adopts and incorporates its responses to the previous paragraphs as though fully set forth herein.

81. The allegations set forth in Paragraph 81 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

15

82.     The allegations set forth in Paragraph 82 of the Complaint refer to documents that speak for themselves and, therefore, no response is required.  To the extent the allegations are contrary to the documents to which they refer, they are denied.

83.     The allegations set forth in Paragraph 83 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

84.     The allegations set forth in Paragraph 84 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

Ally states that the unnumbered "WHEREFORE" paragraph following Paragraph 84 of the Complaint – including subparts (a) – (e), pertains to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

## COUNT FOUR:
## FAIR CREDIT REPORTING ACT –
## VIOLATION OF 15 UNITED STATES CODE, SECTION 1681i(a)(5)
### (Equifax, Experian, and Trans Union)

85.     Ally hereby adopts and incorporates its responses to the previous paragraphs as though fully set forth herein.

16

86.     The allegations set forth in Paragraph 86 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

87.     The allegations set forth in Paragraph 87 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

88.     The allegations set forth in Paragraph 88 of the Complaint pertain to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

Ally states that the unnumbered "WHEREFORE" paragraph following Paragraph 88 of the Complaint – including subparts (a) – (e), pertains to entities other than Ally, thus Ally is without knowledge and/or information sufficient to form a belief as to the truth or falsity of the allegations and denies the same.

## COUNT FIVE:
## FAIR CREDIT REPORTING ACT –
## VIOLATION OF 15 UNITED STATES CODE, SECTION 1681s-2(b)
### (Ally Bank)

89.     Ally hereby adopts and incorporates its responses to the previous paragraphs as though fully set forth herein.

90.     The allegations set forth in Paragraph 90 of the Complaint are denied.

17

91. The allegations set forth in Paragraph 91 of the Complaint contain statements and/or conclusions of law, to which no response is required. To the extent the allegations are contrary to the law, they are denied.

92. The allegations set forth in Paragraph 92 of the Complaint are denied.

93. The allegations set forth in Paragraph 93 of the Complaint are denied.

Ally denies that Plaintiff is entitled to the relief set forth in the unnumbered "WHEREFORE" paragraph following Paragraph 93 of the Complaint, including subparts (a) – (e).

Ally denies that Plaintiff is entitled to any of the relief sought in any portion of the Complaint.

Ally denies that it is liable to Plaintiff in any manner, or under any theory, whatsoever. To the extent that the headings and captions appearing throughout the Complaint as reflected in the Answer contain allegations of fact and/or law, Ally denies those allegations.

Ally denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs above.

Ally further states that its investigation of the present matter is ongoing. Ally therefore reserves the right to rely upon any and all defenses which may become known through discovery or at trial.

18

Ally reserves the right to amend its Answer to Plaintiff's Complaint to conform to the evidence as determined in discovery or at trial.

## TRIAL BY JURY

Ally admits that Plaintiff demands a trial by jury but denies that Plaintiff is entitled to any of the relief sought against Ally.

## AFFIRMATIVE AND OTHER DEFENSES

By asserting the defenses set forth below, Ally does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these defenses.  Nor does Ally admit that Plaintiff is relieved of his burden to prove each and every element of his claims and the damages, if any, to which he is entitled. Ally reserves the right to amend its Affirmative and Other Defenses to Plaintiff's Complaint to conform to the evidence as determined in discovery or at trial.

1.      Plaintiff's claims fail to the extent that the Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against Ally.  The Complaint should therefore be dismissed pursuant to Fed. R. Civ. P. 12.  *See Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal,* 556 U.S. 662, 129 S. Ct. 1937, 1949 (2009).  Ally reserves the right to file a Motion for Judgment on the Pleadings or other dispositive motion seeking dismissal of all Plaintiff's claims.

2.      Ally denies that Plaintiff sustained any damages and denies that it proximately caused any of the damages claimed by Plaintiff.

19

3. The purported claims set forth in the Complaint may be barred, in whole or in part, by the doctrine of unclean hands.

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches and/or the statute of limitations contained in 15 U.S.C. § 1681p.

5. Plaintiff's claims are barred due to lack of standing.

6. To the extent that Plaintiff suffered any damages, Plaintiff's claims are barred, in whole or in part, the extent Plaintiff has failed to mitigate his damages.

7. Plaintiff cannot recover from Ally to the extent that any damages Plaintiff may have suffered, which Ally continues to deny, directly and proximately resulted from Plaintiff's acts and/or omissions.

8. Plaintiff cannot recover from Ally to the extent that any damages Plaintiff may have or will suffer as alleged in the Complaint, which Ally continues to deny, have been and/or will be proximately caused, in whole or in part, by the negligent, willful, or tortious acts and/or omissions of persons or entities over whom Ally had no control, and for whose conduct Ally is not responsible, which bars or diminishes any recovery by Plaintiff against Ally.

9. Ally acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently. Ally further acted with due care and complied with all applicable laws, regulations, and standards.

10.    Plaintiff's claims for punitive damages fail to the extent that the Complaint fails to state a claim for relief for punitive damages.  Additionally, Ally states that while it does not believe Plaintiff has stated a claim for punitive damages, even if he proves an entitlement to any such punitive damage award, Ally is entitled to the affirmative defense that any such award comport with the Due Process clause under the Constitution of the United States of America.  Ally reserves the right to assert additional defenses (affirmative and otherwise) as this action progresses and reserves the right to rely upon any and all defenses (affirmative and otherwise) as may become known through discovery or at trial.

WHEREFORE, Defendant, Ally Financial Inc., by counsel, respectfully requests that the Court dismiss all of the Plaintiff's claims against Ally, with prejudice, enter judgment in favor of Ally and against Plaintiff, and award Ally such other and further relief as the Court may deem just and appropriate.

This the 1st day of July, 2026             Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Gillian D. Williston*
Gillian D. Williston
Florida Bar No. 14270
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757-687-7500
Facsimile: 757-687-7510
Email:  gillian.williston@troutman.com
*Counsel for Ally Financial Inc.*

21

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, I electronically filed the foregoing *Defendant Ally Financial Inc.'s Answer and Affirmative Defenses* with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Gillian D. Williston*
Gillian D. Williston